Same case below, 22 So. 3d 567.

**No. 10-721. Sensient Technologies Corporation, et al., Petitioners v. SensoryEffects Flavor Company, fka SensoryFlavors, Inc., et al.**

562 U.S. 1270, 131 S. Ct. 1603, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 2081.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 613 F.3d 754.

**No. 10-722. Sylvia Dean, Petitioner v. Computer Sciences Corporation.**

562 U.S. 1270, 131 S. Ct. 1603, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 1997.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 384 Fed. Appx. 831.

**No. 10-724. Janet Hatmaker, Petitioner v. Memorial Medical Center.**

562 U.S. 1270, 131 S. Ct. 1603, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 2078.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 619 F.3d 741.

**No. 10-725. William Laurence Hardy, Petitioner v. Tennessee Department of Health, Division of Health Related Boards.**

562 U.S. 1271, 131 S. Ct. 1603, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 1953.

March 7, 2011. Petition for writ of certiorari to the Court of Appeals of Tennessee, Middle Division, denied.

**No. 10-749. Richard Hongsermeier, et ux., Petitioners v. Commissioner of Internal Revenue.**

562 U.S. 1271, 131 S. Ct. 1604, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 2085.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 890.

**No. 10-752. Dustin Dressner, Petitioner v. Louisiana.**

562 U.S. 1271, 131 S. Ct. 1605, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 1966.

March 7, 2011. Petition for writ of certiorari to the Supreme Court of Louisiana denied.

Same case below, 45 So. 3d 127.

**No. 10-848. Edmund G. Brown, Jr., Governor of California, et al., Petitioners v. Jerry Valdivia, et al.**

562 U.S. 1271, 131 S. Ct. 1626, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 2056.

March 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 599 F.3d 984.

**No. 10-861. Herman Aster, Petitioner v. Zdenka Aster.**

562 U.S. 1271, 131 S. Ct. 1606, 179 L. Ed. 2d 500, 2011 U.S. LEXIS 1929.

March 7, 2011. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.